UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN KREH | : CIVIL ACTION |
| | : |
| V. | : |
| | : |
| METRO-CHRYSLER-PLYMOUTH-JEEP | : NO. 02-CV-3200 |

ENTRY OF APPEARANCE
AND JURY TRIAL DEMAND

TO THE DISTRICT COURT CLERK

    Please enter our appearance on behalf of the Defendant, Metro-Chrysler-Plymouth-Jeep, in the above captioned case.

    Defendant, Metro-Chrysler-Plymouth-Jeep, demands a jury trial in the above case. Jury of twelve, with alternates demanded.

MARGOLIS EDELSTEIN

BY: _____
WALTER J. TIMBY, III, ESQUIRE
Attorney for Defendant
Metro-Chrysler-Plymouth-Jeep
I.D. No. 23894
The Curtis Center - Fourth Floor
Independence Square West
Philadelphia, PA 19106-3304
(215) 922-1100