IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN KREH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-3200 |
| METRO-CHRYSLER-PLYMOUTH-JEEP | : | |

O R D E R

        AND NOW, this 20th day of November, 2002, IT IS HEREBY ORDERED that a **TELEPHONIC** status conference is scheduled before the Honorable Jacob P. Hart on **MONDAY, NOVEMBER 25, 2002, at 2:00 p.m.** The conference call will be initiated by the Court.

        The senior attorney in charge of the matter for each of the parties is required to personally participate at the conference call. In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call.

BY THE COURT:

_____ _____
DEBORAH FETTERS
DEPUTY CLERK TO HON. JACOB P. HART

Copies faxed to:                                Copies mailed to: