IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN KREH** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-3200 |
| | : | |
| **METRO-CHRYSLER-PLYMOUTH-JEEP** | : | |

## O R D E R

     **AND NOW**, this _____ day of November, 2002, upon consideration of the parties' request to consent to proceed before a Magistrate Judge and the execution of the appropriate consent form, **IT IS HEREBY ORDERED** that the case is **REFERRED** to Jacob P. Hart, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, for further proceedings in the case, including trial and entry of final judgment. **IT IS FURTHER ORDERED** that COUNSEL for both sides shall CONTACT JUDGE HART'S CHAMBERS, (215) 597-2733, WITHIN ONE WEEK OF THE DATE OF THIS ORDER, to schedule further proceedings.

                                        BY THE COURT:

                                        _____
                                        **BRUCE W. KAUFFMAN**
                                        **UNITED STATES DISTRICT JUDGE**