IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN KREH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-3200 |
| METRO-CHRYSLER-PLYMOUTH-JEEP | : | |

**O R D E R**

    AND NOW, this 25th day of November, 2002, the following schedule is HEREBY ORDERED in the above captioned matter:

1. All discovery (including responses) shall be completed by **APRIL 1, 2003**;

2. A settlement conference will be held on **FRIDAY, APRIL 11, 2003 at 10:00 a.m.**, in Room 3041. The senior attorney in charge of the matter for each of the parties, **AND THE PARTIES THEMSELVES,** or if a corporation, an official of the corporation with settlement authority are required to attend the conference in person. Counsel are directed to fax confidential position papers not longer than 2 pages directly to Chambers (fax. no. 215-580-2163) not later than 2 business days prior to the date of the conference. The position paper should address the party's settlement position, as well as any other issue that counsel believes will be of assistance to the Court in helping the parties resolve this matter. THIS DOCUMENT IS NOT TO BE SHARED WITH OPPOSING COUNSEL NOR FILED OF RECORD. THIS IS FOR JUDGE HART'S EYES ONLY;

3. All dispositive motions and/or Daubert motions shall be filed on or before **APRIL 15, 2003**, with courtesy copies hand delivered to chambers on the day of filing;

4. All responses to dispositive motions shall be filed on or before **APRIL 22, 2003**, with courtesy copies hand delivered to chambers on the day of filing;

5. All Motions in Limine shall be filed by **APRIL 29, 2003**, with courtesy copies hand delivered to chambers on the day of tiling. Responses to Motions in Limine shall be filed by **MAY 6, 2003**, with courtesy copies hand delivered to chambers on the day of filing.

6. A Pretrial Stipulation, signed by all counsel, shall be filed by **MAY 6, 2003**. (See Standing Order Re Pretrial Stipulation, attached hereto).