IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN KREH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-3200 |
| METRO-CHRYSLER-PLYMOUTH-JEEP | : | |

O R D E R

AND NOW, this 11th day of April, 2002, IT IS HEREBY ORDERED that a settlement conference will be held before the Honorable Jacob P. Hart on **THURSDAY, APRIL 17, 2003 at 10:00 a.m.**

IT IS FURTHER ORDERED that ONLY defendant counsel and his client are required to attend this conference.

BY THE COURT:

_____  _____
DEBORAH FETTERS
DEPUTY CLERK TO HON. JACOB P. HART

Copies faxed to:                    Copies mailed to:
   Pomerantz; Scheffer; Timby