IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN KREH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-3200 |
| METRO-CHRYSLER-PLYMOUTH-JEEP | : | |

## AMENDED ORDER

AND NOW, this 17th day of April, 2002, IT IS ORDERED that a settlement conference previously scheduled for April 17, 2003, IS HEREBY RESCHEDULED to be held before the Honorable Jacob P. Hart on **MONDAY, APRIL 28, 2003 at 10:00 a.m.**

IT IS FURTHER ORDERED that ONLY defendant counsel and his client are required to attend this conference.

BY THE COURT:

_____  _____
DEBORAH FETTERS
DEPUTY CLERK TO HON. JACOB P. HART

Copies faxed to:
   Pomerantz; Scheffer; Timby

Copies mailed to: